IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                          CR. NO. 05-10069-T/An

MAURICE BYNUM

### ORDER CONTINUING DETENTION HEARING

Upon oral motion of counsel for the defendant, the detention hearing in the above-styled matter has been CONTINUED from Tuesday, November 8, 2005 at 2:45 p.m to **Tuesday, November 15, 2005 at 2:15 p.m**[1].

IT IS SO ORDERED this 8th day of November, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on  11-15-05

---

[1] For good cause shown by defense counsel, the court will not require a written motion to continue this hearing.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CR-10069 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT